Alan I. Schimmel, Esq.  SBN 101328
aischimmel@spattorneys.com
Michael W. Parks, Esq. SBN 154531
mwparks@spattorneys.com
Michael Kim, Esq.  SBN 227685
mkim@spattorneys.com
SCHIMMEL & PARKS
15303 Ventura Blvd., Suite 650
Sherman Oaks, CA 91403
Telephone: 818.464.5061
Facsimile: 818.464.5091
Attorneys for Plaintiff

Attorneys for Plaintiff JOSE LUIZ GOMEZ

ROBERT A. DOLINKO (SBN: 110845)
rdolinko@nixonpeabody.com
IRENE SCHOLL-TATEVOSYAN (SBN: 301568)
itatevosyan@nixonpeabody.com
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA  90071-3151
Tel:   213-629-6000
Fax:   213-629-6001

Attorneys for Defendant
THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GOMEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION; and DOES 1 through 100 inclusive,<br><br>　　　　　　Defendants. | Case No.:  5:16-CV-02265-BRO (SP)<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC., RULE 41(a)(1)** |

-1-
**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC., RULE 41(a)(1)**

4843-3736-2252.1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), IT IS STIPULATED by and between the parties hereto that this action shall be, and hereby is, dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: August 14, 2017	SCHIMMEL & PARKS, P.C.


By: ___/s/ Michael Kim_____
Alan I. Schimmel
Michael W. Parks
Michael Kim
Attorneys for Plaintiff
JOSE LUIS GOMEZ

NIXON PEABODY LLP


By: ___/s/ Robert A. Dolinko_____
Robert A. Dolinko
Irene Scholl-Tatevosyan
Attorneys for Defendant
THE HERTZ CORPORATION

IT IS SO ORDERED.
DATED: August 16, 2017
UNITED STATES DISTRICT JUDGE

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to Michael Kim, counsel for Plaintiff, and that I have obtained Mr. Kim's authorization to affix his electronic signature to this document.

Dated: August 14, 2017	NIXON PEABODY LLP


By: ___/s/ Robert A. Dolinko_____
Robert A. Dolinko
Attorneys for Defendant

-2-
**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC., RULE 41(a)(1)**

4843-3736-2252.1